JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD MINING LLC, | CV 25-1211 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MINTIRO INVESTMENT HOLDINGS LTD. and THOMAS O'BRIEN TOLKEN, | |
| Defendants. | |

Pursuant to the Court's February 26, 2025 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 26, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE